UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDY ROSENBERG,

                Plaintiff,

      -against-

SHEMIRAN CO., LLC, et al.,

                Defendants.

20-CV-2259 (UA)

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  April 9, 2020
           New York, New York

                                        COLLEEN McMAHON
                                  Chief United States District Judge